UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRAWFORD'S AUTO CENTER, INC.,
et al.,

    Plaintiffs,

v.     Case No. 6:14-cv-6016-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.
_____

## ORDER

The Court having entered its Order on the motions to dismiss in Case No. 6:14-cv-310-Orl-31TBS (MDL docket: 6:14-cv-2257-GAP-TBS), it is ORDERED that:

(1) Defendants have through February 20, 2015 within to respond to Plaintiffs' amended complaint (Doc. 138);

(2) If a Defendant files a motion to dismiss then it should explain in its motion if, and how, Illinois law differs from Florida law with respect to the state law claims asserted in the amended complaint; and

(3) This Order supersedes any prior, inconsistent Orders entered by the Court.

DONE and ORDERED in Orlando, Florida on this 21st day of January, 2015.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel