# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAWFORD'S AUTO CENTER, INC., et al.,

    Plaintiffs,

v.                                                       Case No: 6:14-cv-6016-Orl-31TBS
(Illinois, Northern District)

MDL: 6:14-md-2557-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Upon consideration of the motions to dismiss filed at Docs. 114, 118, and 121, it is

**ORDERED** that said motions are **DENIED as moot**. An Amended Complaint was filed on August 28, 2014 (Doc. 138).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 17, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party