IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| CRAWFORD'S AUTO CENTER, INC., *et al.*, | |
| PLAINTIFFS, | MDL Docket No. 2557 |
| v. | Case No. 6:14-cv-06016-GAP-TBS |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, | Originally filed in the Northern District of Illinois |
| DEFENDANTS. | |

## REQUEST FOR CONFERENCE

Pursuant to Scheduling Order Number Two, Paragraph 9, Plaintiffs in this proposed nationwide class action respectfully submit this request for a conference before Judge Gregory A. Presnell for the purpose of addressing whether it is appropriate for the Court to suggest to the JPML that this action be remanded to the U.S. District Court for the Northern District of Illinois.

1.   Plaintiffs' allege in this class action, among other things, federal civil RICO claims against Defendants State Farm, Allstate, GEICO, Progressive, Farmers, Liberty Mutual and Nationwide.  Each of the defendants, save for State Farm, is alleged to operate a bilateral RICO enterprise with one of the three data provider companies that purport to be the independent arbiters of collision repair rates and standards for the collision industry.  State Farm's RICO enterprise is alleged to consist of State Farm, the two data providers with which it conducts business, as well as its nationwide network of direct repair facilities. Plaintiffs' Amended Class Action Complaint [Doc. 138] was filed in the Northern District of

Illinois on August 28, 2014, prior to the time that this action was transferred to this Court by the JPML on or about December 16, 2014.

2. Since transfer to this Court, the parties have engaged in Fed. R. Civ. P. 12(b) briefing – and nothing else. Defendants filed their respective motions to dismiss on February 20, 2015. [Docs. 157, 158, and 159] Plaintiffs filed their combined opposition on April 24, 2015. [Doc. 184] Defendants filed replies on May 13, 2015, 2015. [Docs. 187, 188 and 189]

3. None of Defendants' 12(b) motions – which the parties jointly advised the Court involved "extensive briefing … present[ing] issues that this Court has not yet addressed in the context of this litigation" – have been adjudicated. [Doc. 190] Nor have any proceedings, including pretrial proceedings, occurred in this class action. There have been no hearings or conferences before the Court. Nor has there been any discovery or exchange of information between the parties.

4. Request is hereby made for a conference before Judge Presnell to address whether this class action would benefit from coordinated proceedings in this Court, and whether it is appropriate for the Court to suggest to the JPML that this action be remanded to the U.S. District Court for the Northern District of Illinois.

5. Plaintiffs' counsel consulted with Defendants liaison counsel, who advised that it is the Defendants' collective position that there is no need for a conference at this time before Judge Presnell but, in the event that the Court believes that there is a need for a conference, Defendants will, of course, participate.

6. Plaintiffs' liaison counsel has no objection, and will attend in the event that the Court schedules a conference.

DATED: October 19, 2015

Respectfully submitted,

*/s/ Steven L. Bloch*
Steven L. Bloch
Bailey & Glasser LLP
One Tower Bridge
100 Front Street – Suite 1235
West Conshohocken, PA 19428
Telephone: (610) 834-7506
Facsimile: (610) 834-7509
Email: sbloch@baileyglasser.com
*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

*/s/ David F. Sorensen*
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: dsorensen@bm.net
*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

>*/s/ Steven L. Bloch*
>Steven L. Bloch
>Bailey & Glasser LLP
>One Tower Bridge
>100 Front Street – Suite 1235
>West Conshohocken, PA 19428
>Tel: (610) 834-7506
>Fax: (610) 834-7509
>Email:sbloch@baileyglasser.com
>*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*