UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Crawford's Auto Center, Inc. and K&M Collision, LLC, on behalf of themselves and all others similarly situated,<br>v.<br>State Farm Mutual Automobile Insurance Company, *et al*. | MDL Docket No. 2557<br><br>Case No. 6:14-cv-6016-GAP-TBS<br><br>Originally filed in the<br>Northern District of Illinois |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(j), Plaintiffs Crawford's Auto Center, Inc. and K&M Collision, LLC (collectively, "Plaintiffs"), through undersigned counsel, respectfully request that the Court grant oral argument on Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint.

Defendants' respective Motions to Dismiss have been the subject of extensive briefing by the parties, including related motion practice regarding Plaintiffs' exhibits, spawning close to twenty separate filings over the course of more than six months. *See* ECF Docs. 209, 210, 211, 216, 224, 225, 226, 228, 229, 235, 236, 237, 238, 239, 240, 242, 243, 246 and 248. In addition, there are two Orders from Magistrate Judge Smith (Docs. 234 and 244) subject to Objections filed by Plaintiffs.

Given the extensive briefing, and the complexity of the issues, Plaintiffs submit that oral argument would be appropriate and helpful to the Court's determination of the foregoing motions and objections. Further, Plaintiffs' believe that the Court would benefit from holding a hearing in order to address any questions that the Court might have concerning the issues raised in the briefing and related motion practice and objections.

Plaintiffs respectfully request sixty (60) minutes in total of oral argument to afford counsel for the parties the opportunity to address the Court and respond to the Court's questions.

**Local Rule 3.01(g) Certification**

The undersigned counsel for Plaintiffs certifies that he has conferred with counsel for Defendants; Defendants do not consent to the request for oral argument.

Dated: August 30, 2016

Respectfully submitted,

 /s/ Steven L. Bloch
Steven L. Bloch
Bailey & Glasser LLP
One Tower Bridge
100 Front Street – Suite 1235
West Conshohocken, PA 19428
Tel: (610) 834-7506
Fax: (610) 845-7509
Email: sbloch@baileyglasser.com
*Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dsorensen@bm.net
*Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

> */s/ Steven L. Bloch*
> Steven L. Bloch
> Bailey & Glasser LLP
> One Tower Bridge
> 100 Front Street – Suite 1235
> West Conshohocken, PA 19428
> Tel: (304) 345-6555
> Fax: (304) 342-1110
> Email: sbloch@baileyglasser.com
> *Lead Counsel for Crawford's Auto Center, Inc., K&M Collision, LLC and the Proposed Classes*