# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAWFORD'S AUTO CENTER, INC., et al.,

    Plaintiffs,

v.     Case No: 6:14-cv-6016-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

In Plaintiffs' Consolidated Response to Defendants' reply briefs (Doc. 235), Plaintiffs attached as Exhibit A as a composite exhibit pertaining to communications between Plaintiffs and Nationwide regarding the repairs to a Ford-150 truck in February 2016.  Defendants objected to Exhibit A (Doc. 236).  Plaintiffs' response to that objection (Doc. 238) included additional Exhibits B and C.  Defendants object to those exhibits as well (Doc. 239).

Upon consideration of the above, it is

**ORDERED** that Defendants' objections (Doc. Nos. 236 and 239) are SUSTAINED.  The Court will not consider these exhibits in connection with the pending Motions to Dismiss Plaintiffs' Second Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 21, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party