# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRAWFORD'S AUTO CENTER, INC., et al.,

    Plaintiffs,

v.                                          Case No: 6:14-cv-6016-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

In response to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, Plaintiffs attached numerous exhibits totaling 1,490 pages (Doc. 216).   Defendants moved to strike those exhibits (Doc. 225).   Magistrate Judge Smith sustained the objections to Exhibit D and E1-E7 (Doc. 234).   Plaintiffs filed an objection to Judge Smith's Order and an alternative Motion for Reconsideration (Doc. 237).   Defendants responded to the objection/motion (Doc. 240) and Plaintiffs replied (Doc. 242).   Judge Smith declined to reconsider his Order (Doc. 244).   Plaintiffs objected to that Order (Doc. 246) and Defendants responded (Doc. 253).

Upon consideration of the above, it is

**ORDERED** that Plaintiffs' objections to Judge Smith's Order denying reconsideration of his order at Doc. 244 are OVERRULED.   Plaintiffs' objections to Judge Smith's Order at Doc. 234 are also OVERRULED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 21, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party