# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CRAWFORD'S AUTO CENTER, INC. and**
**K & M COLLISION, LLC,**

      Plaintiffs,

v.                                                   Case No: 6:14-cv-6016-Orl-31TBS

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, et al.,**

      Defendants.

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR PLAINTIFFS:** | Steven Bloch and Mark DeSanto |
| **DEPUTY CLERK:** | Lisa Maurey | | |
| **COURT REPORTER:** | Suzanne Trimble | **COUNSEL FOR DEFENDANTS:** | See attached |
| **SCHEDULED DATE/TIME:** | April 26, 2017 at 1:30 PM | | |

## MINUTES
### Motions Hearing (Docs. 209, 210, 211, 237)

| | |
|---|---|
| 1:28 p.m. | Court in session. Appearances. Procedural setting by the Court. |
| | The Court inquires with counsel for Plaintiffs regarding the claims made. |
| 1:58 p.m. | The Court hears argument by counsel for Defendants on the motions. |
| 2:29 p.m. | Recess. |
| 2:42 p.m. | Reconvene. Argument of counsel for Plaintiffs. |
| 3:33 p.m. | Additional argument from counsel for Defendants. |
| 3:35 p.m. | The matters are taken under advisement. Court adjourned. |

Total time in court: 57 minutes